**Order entered October 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01140-CV

**THE ROMACK COMPANY, ET AL., Appellants**

**V.**

**JP BENT TREE, LP, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06155**

## ORDER

Before the Court is appellants' October 10, 2019 motion to extend the time to file their brief on the merits. We **GRANT** the motion and extend the time to November 15, 2019. We caution appellants that further requests for extension in this accelerated appeal will be disfavored.

/s/     BILL WHITEHILL
         JUSTICE